AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Windom_2019R00568

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) |
| PATRIK JORDAN MATHEWS | |
| *Defendant(s)* | |

Case No.  20-mj-193-CBD

FILED
LOGGED
ENTERED
RECEIVED

JAN 1 5 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____8/19/2019 - 1/11/2020_____ in the county of _____Cecil_____ in the

_____ District of _____Maryland_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 922(g)(5); 18 U.S.C. § 924(b); 18 U.S.C. § 2 | alien in possession of firearm and ammunition; transporting firearm and ammunition in interstate commerce with intent to commit therewith an offense punishable by a term exceeding one year; aiding-and-abetting |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Rachid T. Harrison dated January 14, 2020.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rachid T. Harrison, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Jan 14, 2020

_____
*Judge's signature*

City and state:  _____Greenbelt, MD_____

Charles B. Day, U.S. Magistrate Judge
*Printed name and title*