IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **FILED UNDER SEAL** |
| v. | * | |
| | * | 20-mj-192-CBD |
| BRIAN MARK LEMLEY, JR., | * | CASE NO.  20-mj-193-CBD |
| PATRIK JORDAN MATHEWS, and | * | 20-mj-194-CBD |
| WILLIAM GARFIELD BILBROUGH IV, | * | |
| | * | |
| | * | |
| **Defendants** | * | |

*******

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Thomas P. Windom, Assistant United States Attorney for said District, hereby moves this Honorable Court for an Order sealing the **Criminal Complaints, Arrest Warrants and Motion to Seal** submitted in connection with the above-referenced individuals. Should the individuals under investigation become aware of these documents, it could jeopardize the outcome of the investigation.

WHEREFORE, the government respectfully requests that the **Criminal Complaints, Arrest Warrants and Motion to Seal** along with this motion be placed under seal until further notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Thomas P. Windom
Assistant United States Attorney

It is so ORDERED, this 14th day of January, 2020.

_____
HONORABLE CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE