IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No.   CBD 20-mj-00193

PATRIK JORDAN MATHEWS

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _January 22, 2020_ (date) at _10:30 AM_ (time) before _Honorable Timothy J. Sullivan_, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom ___TBD___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

January 16, 2020
Date

Charles B. Day
United States Magistrate Judge